IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 21 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00930-BNB

STEVEN N. GROO,

    Applicant,

v.

R. WILEY, Warden,

    Respondent.

## ORDER DISMISSING CASE

Applicant Steven N. Groo initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. On May 18, 2006, Magistrate Judge Boyd N. Boland entered an order finding that the claims more properly are dealt with in a prisoner complaint. Magistrate Judge Boland instructed Mr. Groo to submit his claims on a Prisoner Complaint form. On June 12, 2006, Mr. Groo filed a Letter with the Court stating that he is not able to proceed with the action, because the fee for filing a prisoner complaint is $350.00.

The Court must read the Letter liberally, because Mr. Groo is a *pro se* litigant. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). Accordingly, the Court will construe the Letter as a Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1) and dismiss the action.

Rule 41(a)(1) provides that "an action may be dismissed by the [applicant] without order of court (i) by filing a notice of dismissal at any time before service by the

adverse party of an answer or of a motion for summary judgment . . . ." No answer has been filed by Respondent in this action.

Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. ***See*** J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2d 501, 507 (10th Cir. 1968). The Notice, therefore, closes the file as of June 12, 2006. ***See Hyde Constr. Co.***, 388 F.2d at 507. Accordingly, it is

ORDERED that the Letter is construed as a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of June 12, 2006, the date Mr. Groo filed the Notice in the action. It is

FURTHER ORDERED that judgment is entered in favor of Respondent and against Applicant.

DATED at Denver, Colorado, this 20 day of June, 2006.

BY THE COURT:

Zita L. Weinshienk

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00930

Steven N. Groo
Reg. No. 10634-081
FPC – Florence
PO Box 5000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6-21-06

GREGORY C. LANGHAM, CLERK

By_____
Deputy Clerk